# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

**Samuel Figueroa**

FILED
JAN – 7 2019
US DISTRICT COURT
NEW ALBANY DIVISION

vs

(Full name of defendant(s))

**Nurse Garcia**
**Officer Wards (Ward)**
**Floyd County Jail**
**Cpt. David Furman**

Case Number:

**4 : 19-CV- 0006 RLY -DML**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana**, and is located at
   (State)
   **P.O. Box 2612 Clarksville IN.**
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper):

Shift Commander Medical Staff

2. Defendant  Floyd County Jail Staff - Nurse Garcia
(Name)

is (if a person or private corporation) a citizen of  Indiana
(State, if known)

and (if a person) resides at  Indiana
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Floyd County Jail
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Medical Staff (Excluding Nurse Marlena) Jail Staff Commander Cpt. David Furman LT. Brott O'Loughlin. *Nurse Marlena help me as much as she could, but was limited. Nov. 9th thru present. Floyd County Jail, because I was a hispanic male with a criminal past.

I Samuel Figueroa was arrested on Nov. 9th 2018 taken to Floyd County Jail. In Booking I informed booking staff that I had a serious Gunshot wound and still bleeding. Also very high blood pressure. Arresting Officer told them that I was a (hispanic) serious Felon and Needing to be booked but booking officer Said he could not book me yet but if I was to get cleared at hospital he would. (He told him how it can be done.) At the hospital blood pressure sky high high enough to be Admitted also I needed stiches. Officer told them. All he needed was clearance so they could treat me at Floyd County Jail. Made it seem Like they had a medical dorm and a Nurse on Shift but there was Not. Was Incarcerated with open wound, highblood pressure, severe pain so severe passed out several times thru out the week, no meds, no blankets, slept on the floor For more than a week (Risking Infection.) Refused mental Health meds still to this day. Called Spic Several times.

Attachment One (Complaint) - 3

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
  OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 2,500,000

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Layed in pod with NO sheets Risking Infections until Dec. 6th 2018 Finally had Surgery two procedures Nurse Garcia always Refusing me medical attention when she did always did it in a bad mood. Made me Recovery in booking cell Very cold No sheets cold Food No phone calls. I believe I had a Stroke in booking Recovering my Left Leg Still drags, my Left Face is still Num I have Lots of memory Lost. Afterwards house In G dorm (Gang pod) at 51 years old of age only hispanic in the pod. Singled out by officer Ward to be harmed by White And Black Gang members all in there 20's year of Age.

Attachment One (Complaint) – 4

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
       OR

☐ Court Trial – I want a judge to hear my case

Dated this __3__ day of __January__ 20__19__.

Respectfully Submitted,

__Samuel Figueroa__
Signature of Plaintiff

__# 1057__
Plaintiff's Prisoner ID Number

__PO Box 2610  Clarksville__
__IN. 47131-2610__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.